# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) ('310) PATENT LITIGATION | ) ) ) ) ) | C.A. No. 21-md-3017-RGA-LDH |
| BAYER PHARMA AG, BAYER AG and JANSSEN PHARMACEUTICALS, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | C.A. No. 25-349-RGA |
| LUPIN LIMITED and LUPIN PHARMACEUTICALS, INC., | ) ) ) ) | |
| Defendants. | ) ) | |

**STIPULATION TO EXTEND THE TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs Bayer Pharma AG, Bayer AG and Janssen Pharmaceuticals, Inc. and Defendants Lupin Ltd. and Lupin Pharmaceuticals, Inc. (collectively "Lupin"), subject to the approval of the Court, that the time for Lupin to answer, move or otherwise respond to the Complaint is extended through and including November 19, 2025.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Derek J. Fahnestock
Rodger D. Smith II (#3778)
Derek James Fahnestock (#4705)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
rsmith@morrisnichols.com
dfahnestock@morrisnichols.com

PHILLIPS, MCLAUGHLIN & HALL, P.A.

/s/ John C. Phillips, Jr
John C. Phillips, Jr. (#110)
Megan C. Haney (#5016)
1200 N. Broom Street
Wilmington, DE 19806
(302) 655-4200
jcp@pmhdelaw.com
mch@pmhdelaw.com

*Attorneys for Plaintiffs*                                    *Attorneys for Defendants*

Dated:  October 16, 2025

SO ORDERED this _____ day of _____, 2025.

                                                        _____
                                                        The Honorable Richard G. Andrews
                                                        United States District Court Judge